DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ABRAHAM DUPREE** and **SANDRA DUPREE,**
Appellants,

v.

**US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CITIGROUP,**
and **VERSAILLES AT WELLINGTON HOMEOWNERS ASSOCIATION I,**
Appellees.

No. 4D19-973

[October 24, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Howard Harrison, Senior Judge, Judge; L.T. Case No. 50-2016-CA-1662-XXXX-MB.

Alix J. Montes of The AJM Law Group, PA, Miami, for appellants.

Nancy M. Wallace of Akerman LLP, Tallahassee, William P. Heller of Akerman LLP, Fort Lauderdale, and Eric M. Levine of Akerman LLP, West Palm Beach, for appellee, US Bank National Association, as Trustee for Citigroup.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***